United States Bankruptcy Court
District of Colorado

In re:                                                                  Case No. 22-11462-TBM
Danyale D Parrish                                  Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 1082-1                          User: admin                          Page 1 of 2
Date Rcvd: Aug 01, 2022                    Form ID: 177                      Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Danyale D Parrish, 3060 N Lafayette Street Apt H, Denver, CO 80205-4471 |
| 19206374 | + | Arapahoe County Court - Aurora, 7325 S Potomac St #100, Centennial, CO 80112-4030 |
| 19206383 | + | Jason K. Martinez, Sr., 14842 Elmendorf, Denver, CO 80239-4215 |
| 19206385 | | Johson Mark LLC, PO Box 7811, Sandy, UT 84091-7811 |
| 19206386 | + | Municipal Serivice Bureau, 325 Daniel Zenker Drive Suite 3, Horseheads, NY 14845-1008 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QJJAGOW | Aug 02 2022 02:13:00 | Jeanne Y. Jagow, P.O. Box 271088, Littleton, CO 80127-0019 |
| 19206375 | + | Email/Text: cse.lccl@azag.gov | Aug 01 2022 22:14:00 | Az DES Child Support, Attn Bankruptcy, 515 N 51st Ave, Ste 120, Phoenix, AZ 85043-2708 |
| 19218384 | | Email/PDF: bncnotices@becket-lee.com | Aug 01 2022 22:26:07 | Conn Appliances, Inc., c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 19206376 | + | Email/Text: bankruptcynotices@conns.com | Aug 01 2022 22:14:00 | Conn's HomePlus, 2445 Technology Forest Boulevard, Building 4, Suite 800, The Woodlands, TX 77381-5263 |
| 19206377 | + | EDI: CRESCENTBANK.COM | Aug 02 2022 02:13:00 | Crescent Bank & Trust, Inc., Attn Bankruptcy, Po Box 61813, New Orleans, LA 70161-1813 |
| 19206378 | + | Email/Text: electronicbkydocs@nelnet.net | Aug 01 2022 22:14:00 | Department of Education/Nelnet, Attn Bankruptcy, Po Box 82561, Lincoln, NE 68501-2561 |
| 19206379 | + | Email/Text: bankruptcy@fncbinc.com | Aug 01 2022 22:14:00 | First National Collection Bureau, 50 W Liberty St #250, Reno, NV 89501-1973 |
| 19206380 | + | EDI: AMINFOFP.COM | Aug 02 2022 02:13:00 | First PREMIER Bank, Attn Bankruptcy, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 19206381 | + | Email/Text: FirstProgressCorrespondence@acttoday.com | Aug 01 2022 22:14:00 | First Progress, Attn Bankruptcy, Po Box 9053, Johnson City, TN 37615-9053 |
| 19206382 | + | EDI: IRS.COM | Aug 02 2022 02:13:00 | Internal Revenue Service, Centralized Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
| 19206384 | + | EDI: JEFFERSONCAP.COM | Aug 02 2022 02:13:00 | Jefferson Capital Systems LLC, PO box 17210, Golden, CO 80402-6020 |
| 19206387 | | EDI: PRA.COM | Aug 02 2022 02:13:00 | Portfolio Recovery Associates, LLC, Attn Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 19206388 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 01 2022 22:25:51 | Resurgent Capital Services, Attn Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 19206389 | + | Email/Text: bankruptcy@vincilaw.com | Aug 01 2022 22:14:00 | Security Capital Funding Corporation, c/o Vinci Law Office LLC, 2250 S Oneida Street, Suite 303, |

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 01, 2022 | Form ID: 177 | Total Noticed: 19 |

Denver, CO 80224-2559

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2022          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrea L. Morrow | on behalf of Debtor Danyale D Parrish andreamorrowlaw@gmail.com |
| Jeanne Y. Jagow | trustee@jagowlaw.us  jjagow@jagowlaw.us;jjagow@ecf.axosfs.com |
| US Trustee | USTPRegion19.DV.ECF@usdoj.gov |

TOTAL: 3

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Danyale D Parrish<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–0445<br>EIN   __-_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____<br>EIN   __-_____ |
| United States Bankruptcy Court | District of Colorado | |
| Case number: | 22–11462–TBM | |

## Order of Discharge                                                                                      12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Danyale D Parrish
aka Danyale Martinez

<u>8/1/22</u>                                                                   **By the court:**  <u>Thomas B. McNamara</u>
                                                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318     **Order of Discharge**     page 2